IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02102-REB-MEH

JOHNNIE RAY DANIEL,

    Plaintiff,

v.

THE BOEING COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 2, 2008.**

    Plaintiff's Motion to Amend Complaint [filed December 31, 2007; doc #4] is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a), where, as here, no request for amendment has been made an no responsive pleading has been filed, a party may file an amended complaint without leave of Court. Therefore, the Plaintiff may file his Amended Complaint in accordance with Rule 15(a) and other applicable court rules.