# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### MAGISTRATE JUDGE MICHAEL E. HEGARTY

Civil Action No. 07-cv-02101-REB-MEH           Date:   March 25, 2008
Courtroom Deputy: Cathy Coomes                 **FTR – Courtroom C203**

JOHNNIE RAY DANIEL,                            Laurie Scott Paddock

     Plaintiff,

vs.

THE BOEING COMPANY,                            Mary L. Will
                                               Rachel L. Eichenbaum

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**       **10:32 a.m.**

Court calls case.  Appearances of counsel.  Ms. Will and Ms. Eichenbaum appear by telephone.

Argument and discussion regarding Defendant's Expedited Motion for Stay (Doc. #22, filed 3/20/08).

**ORDERED:** 1.    For reasons stated on the record, Defendant's Expedited Motion for Stay (Doc. #22, filed 3/20/08) is GRANTED in part and DENIED in part.  The written discovery **will** go forward with the provision that Defendant can assert an objection based on disclosure of classified information; however, depositions **will not** yet be taken.  **Defendant shall respond to Plaintiff's written discovery on or before March 31, 2008.**

           2.    A Status Conference is set for **April 24, 2008, at 9:30 a.m.**

           3.    The Settlement Conference set for March 27, 2008, is VACATED.

**Court in recess:**       **10:45 a.m.  (Hearing concluded)**
**Total time in court:**  0:13