IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02102-REB-MEH

JOHNNIE RAY DANIEL,

    Plaintiff,

v.

THE BOEING COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 30, 2008.**

    Upon notice of settlement of this matter, Defendant's Motion for Entry of Protective Order [filed May 16, 2008; doc #30] is **denied as moot**.