IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02102-REB-MEH

JOHNNIE RAY DANIEL,

    Plaintiffs,

v.

THE BOEING COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me are the parties' **Stipulation of Dismissal With Prejudice** [#37] filed June 27, 2008. After careful review of the stipulation and the file, I have concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#37] filed June 27, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for December 19, 2008, is **VACATED**;

3. That the jury trial set to commence January 12, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 27, 2008, at Denver, Colorado.

                                      **BY THE COURT:**

                                      s/ Robert E. Blackburn
                                      Robert E. Blackburn
                                      United States District Judge